```
              FILED
        U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2000 FEB 10  P 12: 52

        LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.** | NO. 00-0396 |
| | SECTION "S" |
| v. | |
| | (JUDGE LEMMON) |
| **JOSEPH B. BRECHTEL, JR.** | |
| | MAGISTRATE DIV. 3 |
| | (MAG. JUDGE AFRICK) |

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISSOLVE TRO

NOW INTO COURT, through undersigned counsel, comes Joseph B. Brechtel, and moves for an order allowing him to file the attached Supplemental Memorandum in Support of his Motion to Dissolve TRO in the above referenced matter as per the instructions of the Court..

FEB 1 1 2000

DATE OF ENTRY _____



Respectfully Submitted,

_____
ROBERT B. BIECK, JR. (#3066)
THOMAS K. POTTER, III (#17348)
MARK W. MERCANTE (TA) (#23867)
MEREDITH A. PIERCE (#26465)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
Place St. Charles, 49th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Attorneys for Joseph Brechtel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all parties to this proceeding, either by hand, overnight delivery, or via the United States Postal Service, properly addressed and first-class postage prepaid, this 10th day of February 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.<br><br>v.<br><br>JOSEPH B. BRECHTEL, JR. | NO. 00-0396<br><br>SECTION "S"<br><br>(JUDGE LEMMON)<br><br>MAGISTRATE DIV. 3<br><br>(MAG. JUDGE AFRICK) |

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISSOLVE TRO

CONSIDERING Joseph B. Brechtel's Ex Parte Motion for Leave to File Supplemental Memorandum in Support of Motion to Dissolve TRO;

IT IS ORDERED that Joseph B. Brechtel be and is hereby granted leave to file into the record his Supplemental Memorandum in Support of Motion to Dissolve TRO

The Clerk of this Honorable Court is hereby ordered to accept the supplemental memorandum, which is attached, for filing.

New Orleans, Louisiana, this _10_ day of February, 2000.

_[signature]_

3