```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2000 FEB 10  P 4:44

                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC. | CIVIL ACTION |
| VERSUS | NO: 00 CV 0396 |
| JOSEPH B. BRECHTEL, JR. | SECTION: "S" (3) |

## ORDER

IT IS ORDERED that defendant Joseph Brechtel, Jr.'s "Motion to Dissolve and Alternatively to Amend TRO" (Doc. #3) is **DENIED**.

New Orleans, Louisiana, this _10_ day of February, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 11 2000