UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Merrill Lynch, Pierce, Fenner, et al. | Civil Action |
| Versus | NO. 00-0396 |
| Joseph B. Brechtel, Jr. | Section "S" |

February 9, 2000                                          12:00 Noon
                    Judge Mary Ann Vial Lemmon
                              Presiding

Motion of defendant, Joseph B. Brechtel, Jr., to dissolve and alternatively to amend TRO. (DOC.#3)

   The above motions came for hearing on the court's docket this
   date, and the court ruled as follows:

Plaintiff and defense attorneys answer questions from the court.

Plaintiff Exhibit P1 offered and admitted.

The parties orally argued the motion and it was submitted.


           PRESENT:  James Garner for Merrill Lynch
                     Keith Kornman for Merrill Lynch
                     Mike Greco for Merrill Lynch
                     Mark Mercante for Brechtel

                     David Stechmann, Courtroom Deputy
                     James Crull, Court Reporter

DATE OF ENTRY  FEB 14 2000