

FILED
U.S. EASTERN DISTRICT COURT
E.D. LA.
2000 FEB 11  P 5:00
LORETTA G. WHYTE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,** | CIVIL ACTION NO. 00-0396 |
| **Plaintiff** | |
| v. | JUDGE LEMMON |
| **JOSEPH B. BRECHTEL, JR.,** | |
| **Defendant** | MAGISTRATE AFRICK |

## STIPULATION OF DISMISSAL

Plaintiff Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Defendant Joseph B. Brechtel, Jr. ("Defendant"), by their undersigned counsel, hereby stipulate to the entry of an order: (a) dismissing the above-captioned litigation, with prejudice, each party to bear its or his own costs, and (b) releasing the $10,000.00 security given by Merrill

DATE OF ENTRY   FEB 15 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. 10

Lynch in support of the temporary restraining order issued by the Court on February 8, 2000, without any liability of Merrill Lynch to Defendant thereunder.

_____
**James M. Garner (#19589), T.A.**
**Keith A. Kornman (#20446)**
**Brandon A. Brown (#25592)**
SHER GARNER CAHILL RICHTER KLEIN
  McALISTER & HILBERT, L.L.C.
909 Poydras Street, 28TH Floor
New Orleans, LA 70112
Telephone (504) 299-2100
Facsimile (504) 299-2300

**Attorneys for Plaintiff Merrill Lynch, Pierce, Fenner & Smith Inc.**

Of Counsel
Christopher P. Stief, Esquire
Michael R. Greco, Esquire
RUBIN & ASSOCIATES, P.C.
MCS Building
10 South Leopard Road
Suite 202
Paoli, PA 19301
(610) 408-2007
(610) 408-9070 (telecopy)

_____
**Charles W. Lane, III (#8008)**
**Thomas K. Potter, III (#17348), T.A.**
**Mark W. Mercante (#23867)**
**Meredith A. Pierce (#26465)**
Jones Walker Waechter Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone (504) 582-8000
Facsimile (504) 582-8011

**Attorneys for Defendant Joseph J. Brechtel, Jr.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,** | : | CIVIL ACTION NO. 00-0396 |
| **Plaintiff** | : | |
| | : | JUDGE LEMMON |
| v. | : | |
| **JOSEPH B. BRECHTEL, JR.,** | : | MAGISTRATE AFRICK |
| **Defendant** | : | |

### ORDER OF DISMISSAL

AND now this _14_ day of February, 2000, by stipulation of counsel for the Plaintiff Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Defendant Joseph B. Brechtel, Jr. ("Defendant"):

It is hereby **ORDERED AND DECREED** that the above-captioned litigation shall be immediately **DISMISSED**, with prejudice, each party to bear its or his own costs; and the security in the amount of $10,000 given by Merrill Lynch in support of the temporary restraining order issued by the Court on February 8, 2000 be **RELEASED** without any liability of Merrill Lynch to Defendant thereunder.

_____
Judge Mary Ann Vial Lemmon